AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

FILED
SEP 0 6 2007
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA
V.

Humberto Rodriguez-Gomez

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-07-00574 JW

I, _Humberto Rodriguez-Gomez_, the above named defendant, who is accused of

8 USC 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _9/6/07_ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_Humberto Rodriguez_
Defendant

_[signature]_
Counsel for Defendant

Before _____
Judicial Officer