UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 9/17/2007
**Case No:** CR- 07-0574 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** Luptia Arce (Spanish)

## TITLE

U.S.A. v. Humberto Rodriguez-Gomez( C)

**Attorney(s) for Plaintiff(s):** Jeff Schenk
**Attorney(s) for Defendant(s):** Jay Rorty

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held.  Defendant Rodriguez-Gomez present and in custody for proceedings.  The Court continued this matter to 9/24/2007 at 1:30 PM for Setting/Disposition.  Time is excluded from 9/17/2007 to 9/24/2007 for efforts to resolve this case short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: