UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 9/24/2007 | **Court Reporter:** Irene Rodriguez |
| **Case No:** CR-07-0574 JW | **U.S. Probation Officer:** N/A |
| | **Interpreter:** Lupita Arce (Spanish) |

### TITLE

U.S.A. v. Humberto Rodriguez-Gomez ( C)

**Attorney(s) for Plaintiff(s):** Jeff Schenk
**Attorney(s) for Defendant(s):** Jay Rorty

### PROCEEDINGS

1. Disposition
2. Judgment and Sentencing

### ORDER AFTER HEARING

Hearing Held. Defendant Rodriguez-Gomez present and in custody for proceedings. The Defendant was aided by a Spanish language interpreter for the proceedings. The Defendant plead guilty as to Count 1 of the Information. A plea agreement was executed in open Court. The Defendant waived referral to Probation for a Presentence Investigation Report. The Court proceeded with immediate sentencing. The Court sentenced the Defendant to Count 1 of the Information. The Defendant is committed to 51 months BOP custody; 3 years supervised release under the standard and special conditions recommended by the Court; $100 special assessment.

_____
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: