**FILED**
SEP 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>RODRIGUEZ-GOMEZ,<br><br>        Defendant. | NO. CR 07-00574 JW<br><br>**SEALING ORDER PURSUANT TO GENERAL ORDER 54** |

    The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

    ____    Presentence Report

    ____    Plea Agreement

    _X_    Statement of Reasons

    ____    _____ (Other)

Dated: September 27, 2007

                                    JAMES WARE
                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

United States Marshal Service
United States Probation Office
280 South First Street
San Jose, CA 95113

Dated: SEP 27 2007

Richard W. Wieking, Clerk

By: *Elizabeth C. Garcia*
Elizabeth Garcia
Courtroom Deputy

United States District Court
For the Northern District of California